```
ALEXANDER G. CALFO (SBN 152891)
   ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
   KOlah@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 362-7777
Facsimile:    (213) 362-7788

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PAMELA ELLIOTT and ROBERT ELLIOTT, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 5:11-CV-01740-JF <br><br> ~~PROPOSED~~ ORDER RE: STIPULATION TO STAY PROCEEDINGS <br><br> *Hon. Jeremy Fogel* <br><br> Action Filed:    March 9, 2011 <br> Trial Date:      None |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs PAMELA ELLIOTT and ROBERT ELLIOTT; Defendant DEPUY ORTHOPAEDICS, INC.; and Defendant THOMAS P. SCHMALZRIED, M.D. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

///

///

///

///

1.    The Parties' request for a stay of proceedings is GRANTED;

2.    All proceedings in this action are hereby stayed, pending resolution of the motion to create a Pinnacle Cup System MDL proceeding.

IT IS SO ORDERED.

Dated: 5/4, 2011

_____
Judge Jeremy Fogel

Respectfully submitted by,

DATED: April 28, 2011     YUKEVICH CALFO & CAVANAUGH

By: _____
Alexander G. Calfo
Kelley S. Olah
Attorneys for Defendant DEPUY ORTHOPAEDICS, INC.

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

548694.1 / 25-051     2     5:11-CV-01740-JF
PROPOSED ORDER RE: STIPULATION TO STAY PROCEEDINGS

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On April 28, 2011, I served true copies of the following document(s) described as **PROPOSED ORDER RE: STIPULATION TO STAY PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Kenneth M. Seeger<br>Brian J. Devine<br>SEEGER • SALVAS LLP<br>455 Market Street, Suite 1530<br>San Francisco, CA  94105 | Attorneys for Plaintiffs<br>PAMELA ELLIOTT and ROBERT ELLIOTT<br><br>T:      (415) 981-9260<br>F:      (415) 981-9266 |

**BY CM/ECF** for parties that are CM/ECF participants.  Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2011, at Los Angeles, California.

_____
Deanna Castellanos